14 So.3d 1094 (2009)
A. Jay MULLINIX, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-3191.
District Court of Appeal of Florida, Fifth District.
June 9, 2009.
Rehearing Denied July 15, 2009.
A.J. Mullinix, Chipley, Pro Se.
Bill McCollum, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).
TORPY, and LAWSON, JJ., and COBB, W., Senior Judge, concur.